**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 4 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MAGGIE STILWELL                                                              PLAINTIFF

VS.                         NO. 3:13-cv-00038 BSM/JTR

AMERICAN GREETINGS CORPORATION                                DEFENDANT

**COMPLAINT**   This case assigned to District Judge MILLER
and to Magistrate Judge RAY

## I. Jurisdiction.

1. Plaintiff's claims are pursuant to the Age Discrimination in Employment Act ("ADEA") of 1967, 29 U.S.C. § 621, a pendent state action for age discrimination pursuant to Ark. Code Ann. § 21-3-203, and retaliation.

2. This is a legal action seeking compensatory and punitive damages as well as equitable remedies.

## II. Parties.

3. That Plaintiff, Maggie Stilwell ("Stilwell"), is a citizen and resident of the Jonesboro Division, Mississippi County, Arkansas, which is part of the Eastern District of Arkansas.

4. The Defendant, American Greetings Corporation, is a foreign corporation organized under the laws of the State of Ohio and qualified to do business in the State of Arkansas. The Defendant's principle place of business is located at 1400 Ohlendorf Road in Osceola, Arkansas. Defendant has continuously had and does now have more

than five hundred (500) employees. American Greetings Corporation manufactures greeting cards.

5. The Defendant's agent for service is the Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, Arkansas 72201.

6. Plaintiff timely filed a Charge of Discrimination on the basis of age and retaliation with the Equal Employment Opportunity Commission ("EEOC") and received a Notice of Suit Rights on or about November 7, 2012, attached hereto as "Exhibit A."

### III. Factual Allegations.

7. Plaintiff worked for American Greetings Corporation between August 12, 1962 and October 22, 2002, a total of more than 40 years with almost perfect attendance and no reprimands. Plaintiff's date of birth is 2/13/1939.

8. Plaintiff was terminated from American Greetings Corporation on October 22, 2002, based on allegations of unemployment fraud which has been held to be incorrect by the Arkansas Department of Workforce Services ("ADWS").

9. Plaintiff filed a lawsuit based on EEOC's findings, *Bell, et al. v. American Greetings Corporation*, U.S. District Court, Eastern District of Arkansas, Jonesboro Division, No. 3:04CV00303, which was dismissed.

10. Plaintiff applied for work at American Greetings Corporation through Staffmark on June 6, 2012.

11. On August 16, 2012, Frank Richardson, human resource manager for American Greetings Corporation, asked plaintiff what shift she preferred and told her how much she would be making.

12. On August 17, 2012, Elizabeth Creecy, human resources for American Greetings Corporation, called and told plaintiff they couldn't rehire her because she had committed unemployment fraud.

13. Plaintiff explained that she did not commit fraud and Elizabeth Creecy hung up.

14. The failure to rehire plaintiff constitutes age discrimination and retaliation for plaintiff's participation in the previous age discrimination investigation by EEOC and her previous lawsuit.

15. Plaintiff herein specifically requests a trial by jury.

WHEREFORE, premises considered, Plaintiff prays for judgment against American Greetings Corporation for all sums of compensatory damages to which she is entitled to be set by the jury in its sound discretion which amount is in excess of that required for federal court diversity jurisdiction; prays for punitive damages against American Greetings Corporation in an amount to be set by a jury in its sound discretion which amount is in excess of that required for federal diversity jurisdiction, prays for attorney's fees and costs; specifically requests a trial by jury; and prays for all other further and proper relief in the premises.

Respectfully submitted,

Larry J. Steele
LARRY J. STEELE PLC
115 Abbey Road
P.O. Box 561
Walnut Ridge, AR  72476-0561
(870) 886-5840
(870) 886-5873 fax
email:  steelelaw7622@sbcglobal.net

By: *Larry J. Steele*
LARRY J. STEELE (78146)
*Attorney for Plaintiff, Maggie Stilwell*