**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MAGGIE STILWELL**                                                                                 **PLAINTIFF**

v.                                    **CASE NO. 3:13CV00038 BSM**

**AMERICAN GREETINGS CORPORATION**                                     **DEFENDANT**

**ORDER**

American Greetings Corporation's ("American Greetings") motion to compel [Doc. No. 10] is granted.  Plaintiff Maggie Stilwell is ordered to appropriately supplement her discovery responses to American Greetings's interrogatories and requests for production within (7) seven days from the entry of this order.  Stilwell is hereby notified that continued failure to adequately respond to discovery may result in the dismissal of her case.

IT IS SO ORDERED this 18th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE