IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MAGGIE STILWELL                                                                                              PLAINTIFF

v.                                          CASE NO. 3:13-CV-00038 BSM

AMERICAN GREETINGS
CORPORATION                                                                                                 DEFENDANT

## AMERICAN GREETINGS CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

American Greetings Corporation moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure and, in support, states:

1. There is no genuine issue as to any material fact, and American Greetings is entitled to judgment as a matter of law.

2. In support of this motion, American Greetings relies on the following exhibits:

    a. Exhibit 1, December 15, 2006, Affidavit of Frank Richardson;

    b. Exhibit 2, February 13, 2014, Deposition of Maggie Stilwell;

    c. Exhibit 3, February 13, 2014, Deposition of Frank Richardson;

    d. Exhibit 4; February 13, 2014, Deposition of Elizebeth Creecy.

3. A brief in support and statement of undisputed material facts are filed with this motion and incorporated by reference.

WHEREFORE, American Greetings Corporation prays that this Court enter summary judgment in its favor and against Maggie Stilwell on all claims, dismiss the complaint with prejudice, and award to it all other proper relief.

          QUATTLEBAUM, GROOMS,
           TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 (telephone)
(501) 379-1701 (facsimile)
cchiles@qgtb.com
mmoore@qgtb.com

By: /s/ E. B. Chiles IV
    E. B. Chiles IV, Ark. Bar No. 96179
    Madeline Kurrus Moore, Ark. Bar No. 2013195

*Attorneys for American Greetings Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Larry J. Steele, Esq.
    steelelaw7622@sbcglobal.net

/s/ E. B. Chiles IV
E. B. Chiles IV