IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MAGGIE STILWELL**                                                                                         **PLAINTIFF**

**v.**                                       **CASE NO. 3:13CV00038 BSM**

**AMERICAN GREETINGS CORPORATION**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed.

DATED this 7th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE